**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SHANNON SMITH AND
MICHELLE SMITH,

        Plaintiffs,

v.                                               Case No.: 8:20-cv-00874

PENNYMAC LOAN SERVICES, LLC,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

       Pursuant to Local Rule 3.08, plaintiffs Shannon and Michelle Smith and defendant PennyMac Loan Services, LLC hereby give notice that the parties have agreed to resolution of all claims in this lawsuit without mediation and have executed a confidential settlement agreement. The parties anticipate a voluntary dismissal with prejudice.  The parties are in the process of completing certain obligations set forth within that agreement and anticipate dismissal of this case with prejudice, with each side to bear their own fees and costs, within the next 30 days.

       WHEREFORE, the parties respectfully request that the Court stay this action and retain jurisdiction for 45 days so that that parties can complete settlement.

Dated: December 7, 2020               Respectfully submitted,

**THE LYONS GROUP, P.A.**        **AKERMAN LLP**

*/s/ Andrew M. Lyons*_____    */s/ Katherine E. Shepard*_____
Andrew M. Lyons, Esq.             Heather L. Fesnak, Esq.
Florida Bar No. 0011288           Florida Bar No. 85884
4103 Little Road                   Email:  heather.fesnak@akerman.com
New Port Richey, Florida 34655      Email:  marykay.siegel@akerman.com
Telephone: (727) 375-8900         Katherine E. Shepard, Esq.
Facsimile: (727) 375-2334          Florida Bar No. 1011586
Email: andy@lyonsgroup.com        Email: katie.shepard@akerman.com
Email: pleadings@lyonsgroup.com    Email: marykay.siegel@akerman.com
*Counsel for Plaintiffs*

401 East Jackson Street, Suite 1700
Tampa, Florida 33602-5250
Telephone: (813) 223-7333
Facsimile:  (813) 223-2837
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify on December 7, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

*/s/ Katherine E. Shepard*
Katherine E. Shepard, Esq.

55603906;1